UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

Case No.: 4:19cv554-RH/MJF

JASMINKA ILICH-ERNST,

                Plaintiffs,

v.

PHILLIP TIMOTHY HOWARD,

                Defendants.

**PLAINTIFF'S MOTION FOR CONTEMPT SANCTIONS
AGAINST NON-PARTY A&T DEVELOPMENT, LLC
AND HOWARD, AND INCOPORATED MEMORANDUM**

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, Plaintiff, Jasminka Ilich-Ernst ("Plaintiff"), by and through undersigned counsel, respectfully moves for contempt sanctions against non-party, A&T Development, LLC ("A&T Development") and Defendant, Phillip Timothy Howard ("Howard"), showing the Court as follows:

**Memorandum**

This case involves the purported "loan" by Plaintiff to several Cambridge entities established and, at one time, run by Defendant, Phillip Timothy Howard ("Howard"), a Florida barred attorney. The "loan" was induced by a purported

need for capital to fund Howard's "Jacksonville" real-estate development project. At around the same time that some of the money was transmitted by Plaintiff to one of the Cambridge entities, Howard assigned all rights in the Jacksonville Project to A&T Development, LLC, another entity that, on information and belief, is or was controlled by Howard.[1]  Indeed, "A&T" supposedly stands for Addys Walker & Tim Howard.

On December 23, 2019, Plaintiff served a subpoena on A&T Development, LLC, seeking the production of documents related to that project and Plaintiff's loan, among other things.  See Exhibits 1 and 2, attached hereto.

A&T Development has not responded to the subpoena in any way.[2]  Undersigned reached out to Howard about the production, and Howard committed to producing responsive documents on behalf of A&T.  See Exhibit 3.

No documents have been produced, however.

Under Rule 45(g), the Court may hold a non-party in contempt and impose sanctions if that party fails, without adequate excuse, to comply with a subpoena or

---

[1]  The Jacksonville Project was subject to litigation, with Howard, A&T Development, and several other plaintiffs, suing the buyer of the project.  That litigation eventually resolved at the end of 2018, but no money was returned to Plaintiff at that time.

[2]  Any objections to the subpoena are therefore waived.  See Fed. R. Civ. P. 45(d)(2)(B).

order related to it.  Given that Howard is the apparent principal of that company, Howard should be held in contempt for his failure to timely produce documents.

## CERTIFICATION

Pursuant to Local Rule 7.1(C), undersigned counsel, Aaron Cohn, certifies that he reached out to Defendant, Howard, about the production, and that Howard committed to producing responsive documents, but failed to do so.  *See* Exhibit 3. Undersigned also certifies that no other person from A&T contacted undersigned in response to the subpoena.

WHEREFORE, Plaintiff respectfully requests that this Court issue an order compelling production of the subpoenaed documents from A&T Development, LLC, finding A&T Development and Howard in contempt, issuing appropriate relief to require compliance, and any such other and further relief as this Court deems just and proper.

Respectfully submitted this 29th day of January, 2020,

| **WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC** | **SILVER LAW GROUP** |
|---|---|
| */s/Aaron M. Cohn* | */s/ Scott L. Silver* |
| Aaron M. Cohn, Esq. | Scott L. Silver |
| Florida Bar No.: 95552 | Fla. Bar No. 095631 |
| Weinberg Wheeler Hudgins Gunn & Dial, LLC | 11780 W. Sample Road |
| 2601 South Bayshore Drive | Coral Springs, Florida 33065 |
| Suite 1500 | T: (954) 755-4799 |
| Miami, FL 33133 | F: (954) 755-4684 |
| T: (305) 455-9500 | E-mail: ssilver@wwhgd.com |
| F: (305) 455-9501 | rfeinberg@wwhgd.com |
| E-mail: acohn@wwhgd.com | *Counsel for Plaintiff* |
| dmallqui@wwhgd.com | |
| mferrer@wwhgd.com | |
| *Counsel for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of January, 2020, this document was electronically filed by using the CM/ECF system, which will serve the Defendant, Phillip Timothy Howard, at the following email address: tim@howardjustice.com. In addition, a copy of this motion was mailed via USPS to the registered agent for A&T Development, LLC at: Kris Osborn, Corporate Specialist at Registered Agent, CSC, 112 N. Curry St., Carson City, NV 89703.

          **WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

          */s/ Aaron M. Cohn*
          AARON M. COHN