UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

JASMINKA ILLICH-ERNST,

    Plaintiff,

                                      Case No. 4:19-cv-554-RH-MJF

v.

PHILLIP TIMOTHY HOWARD,

    Defendant.

_____/

**DEFENDANT'S INITIAL DISCLOSURES**

    Defendant, through undersigned counsel, hereby submit the following initial disclosures as required by the Court and Rule 26, Federal Rules of Civil Procedure:
(A)    the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

    Beyond the Plaintiff and Defendant in this action, the following are individuals likely to have discoverable information:

1.    Witness in *Howard v. GDB,* Case No. 4:19-cv-19-AW-CAS (N.D. Fla. 2019) (loss of $1.7M for $300,000 90 day note).  Jeff Galloway is an individual who is a licensed real estate broker whose principal office is on St. George Island, Franklin County, Florida, and who is the president and director of Gulf Coast Realty, a Florida corporation, and Galloway Real Estate, a Florida corporation. Both of said corporate entities are the alter egos of Galloway which Galloway used to avoid responsibility for assisting Brotherton and GDB in effectuating at least one of the extortionate criminal extensions of credit in regard to Plaintiffs as hereinafter more fully described.  Galloway, Gulf Coast and Galloway Real Estate knowingly participated as principals in at least one of the extortionate and criminal interstate extensions of credit by Brotherton and GDB relating to the Plaintiffs as

hereinafter alleged in this Complaint, and as a consequence knew or its agents knew that this was not a good faith purchase from a seller that had obtained the property through legal means and a legal loan foreclosure.

2.  Witness in *Howard v. GDB,* Case No. 4:19-cv-19-AW-CAS (N.D. Fla. 2019) (loss of $1.7M for $300,000 90-day note). Douglas DeHaan and Gayle DeHaan are individuals who are husband and wife whose primary residence is Franklin County, Florida, and who, individually and as trustees of the Gayle DeHaan Spousal Trust, knowingly participated with GDB and Brotherton as principals in at least one of the extortionate and criminal interstate extensions of credit relating to the Plaintiffs as hereinafter alleged in this Complaint, and as a consequence knew or its agents knew that this was not a good faith purchase from a seller that had obtained the property through legal means and a legal loan foreclosure.

3.  Witness in *Howard v. GDB,* Case No. 4:19-cv-19-AW-CAS (N.D. Fla. 2019) (loss of $1.7M for $300,000 90-day note). Addys Walker is an individual who is a resident of Leon County, Florida, who knowingly participated with GDB and Brotherton as a principal in the extortionate and criminal interstate extensions of credit relating to the Plaintiffs as hereinafter alleged in this Complaint. He has a partner named Linda Biddell and they provide investigative and business investment services through various companies, including Providence Capital, and New Edge Management. These parties operate with and advance as an enterprise, a cabal of loan sharks, for commissions. The deposition of Addys Walker taken on February 20, 2019, plus exhibits, wherein admissions of theft of auto and $292,000 are made.

4.  Witness in *Howard v. GDB,* Case No. 4:19-cv-19-AW-CAS (N.D. Fla. 2019) (loss of $1.7M for $300,000 90-day note). Innovative is a dissolved Georgia corporation whose last directors and officers are Antonio Henderson and Sheila Henderson, which corporation knowingly engaged as a principal in at least one of the extortionate and criminal interstate extensions of credit relating to the Plaintiffs as hereinafter alleged in this Complaint through its said former officers and directors. Innovative is the alter ego of Antonio Henderson and Sheila Henderson, who are individuals and residents of Georgia, who used Innovative as a vehicle and subterfuge to participate in and avoid responsibility for extortionate and criminal interstate extensions of credit and loan sharking as referred to in paragraphs 1 and 2 of this Complaint in at least one of the of the extortionate and criminal interstate extensions of credit in regard to the Plaintiffs as hereinafter alleged. Innovative, Antonio Henderson and Sheila Henderson are principals in regard to such criminal and extortionate extensions of credit.

5.  Witness in *Howard v. GDB,* Case No. 4:19-cv-19-AW-CAS (N.D. Fla. 2019) (loss of $1.7M for $300,000 90-day note). Gorham is a Georgia corporation

whose directors and officers are Antonio Henderson and Sheila Henderson, which corporation knowingly engaged as a principal in at least one of the extortionate and criminal interstate extensions of credit relating to the Plaintiffs as hereinafter alleged in this Complaint through its said officers and directors.  Gorham is the alter ego of Antonio Henderson and Sheila Henderson, who are individuals and residents of Georgia, who used Gorham as a vehicle and subterfuge to knowingly participate in and avoid responsibility for extortionate and criminal interstate extensions of credit and loan sharking as referred to in paragraphs 1 and 2 of the Complaint in at least one of the of the extortionate and criminal extensions of credit in regard to the Plaintiffs as hereinafter alleged.  Gorham, Antonio Henderson and Sheila Henderson are principals in regard to such criminal and extortionate interstate extensions of credit.

6.     Witness in *Howard v. GDB,* Case No. 4:19-cv-19-AW-CAS (N.D. Fla. 2019) (loss of $1.7M for $300,000 90-day note).  Jeff Kahn is the owner of Kahn Advisors, and CFO of Providence Capital, and former CFO of Cambridge Capital, with a business degree, and has offices in Wall Street, and holds himself out as a trust worthy and competent source for financing, investing, and capital for investments, and is a former partner and works closely with Addys Walker and Linda Bedell. Cell: 201-906-6806.

7.     Witness in *Howard v. GDB,* Case No. 4:19-cv-19-AW-CAS (N.D. Fla. 2019) (loss of $1.7M for $300,000 90 day note).  Closing agent and title company that did title search and would have known of the underlying loan for $300,000 by GDB to Howard was not a sale of the property worth $1.6 million, and not a valid sale and transfer of title.

8.     Paul C. Monroe, 151 Grande View Drive #8, Biloxi, MS 39531, Cell Phone 251-747-1001.  Paul Monroe is the leader of the Jacksonville Project Development Team.

9.     Ron Moody is the owner of Moody Appraisal service in Jacksonville that did the $24.6 M "value in use" appraisal of 500 East Bay Street, Jacksonville, FL ("Jacksonville Project"), brought in by Thamir Massraff. 1300 Riverplace Blvd #640, Jacksonville, FL 32207. (904) 516-8900.

10.    Tom Woods is an investor of over $600,000 into Cambridge entities.  He lives at 7708 Summer Tanager Drive, Tallahassee, FL 32312.  (850) 893-7923, and was also assisting with Jacksonville Project.

11.    Michael Hampton**,** Chief Administrative Office, Choate Construction  Company, 8200 Roberts Drive, Suite 500, Atlanta GA 30350, mhampton@choateco.com, www.choateco.com, 678.892.1271 (o), 770.862.7731 (c).  CAO for Choate, seller of the property at 500 East Bay Street, and negotiated with Jeff Kahn for sale and purchase, as well as extensions.

12.    Gerry Chase, Gerry Chase, President and Chief Operating Officer, New

Castle Hotels and Resorts, Two Corporate Drive, Shelton, CT 06484, Phone: 203-447-7016, Mobile: 203-895-2916, Fax: 203-925-8376, gchase@newcastlehotels.com, www.newcastlehotels.com.  Managing entity for Jacksonville Project, brought in by Jeff Kahn.

13.     Kerry O'Neal, Broker / Owner, 850-502-4932 office, 850-687-4218 cell.  Remax on the Gulf, MLO 857733.  Retail sales of condos from the Jacksonville Project, and worked with Paul Monroe, as part an independent development company, Cambridge Development Partners, LLC, that was not affiliated with Cambridge Capital entities, but was an equity owner of A&T Development, LLC.  He was working with Doug Burnett on the marketing and sales of the Jacksonville Project.

14.     Retina Moore, construction loan broker referred by David Jones, who was working with Addys Walker.  Retina.moore@coins2capital.com.  Construction and purchase loan for Jacksonville Project.

15.     Douglas W. Burnett, P.O. Box 5644, Destin, FL 32540, (850) 687-4847, Doug@fldestin.com.  Sales and marketing agent for sale of condos for Jacksonville Project, and part of real estate development group.  He is areal estate broker, was to be a co-manager of the development entity, and would primarily oversee and coordinate the marketing, pre-sales, sales, warranty and management phases of the development of the Jacksonville Project.

16.     Julian Buffam, Director, Business Development, New Castle Hotels & Resorts, Two Corporate Drive, Suite 154, Shelton, CT  06484, Direct: (203) 447-7010, Mobile: (203) 451-0703, julianbuffam@newcastlehotels.com, www.newcastlehotels.com.  Management company for Jacksonville Project.

17.     Bob Ohde, Contractor that took over the Jacksonville Project, was sued and settled.  bobohde@yahoo.com.

18.     John Pisa, Managing Member, Pisa Financial Services, LLC, 641 Lexington Ave, 22nd FL New York, NY 10022. 914-760-5757 Direct (texts accepted), 917-426-5757 Office, 800-863-0674 E-Fax, JPisa@PisaFinancialServices.com.  Broker for construction financing working with Bob Ohde. Nationwide Direct Lender, Residential: 1-4 Unit, Condo & Coops - Conventional, FHA, 203K & Jumbo Commercial: Fix & Flips, Apt-Ofc Bldgs, Strips, Construction, SBA & Private Loans.

19.     Guy Parola, AICP, Operations Manager, Downtown Investment Authority, 117 W. Duval Street, Suite 310, Jacksonville, Florida 32202, Office: (904) 630-3448, Mobile: (904) 451-9313, http://dia.coj.net.  Government official providing benefits for Jacksonville Project.

20.     Mr. Paul Monroe, Head of Jacksonville Project Development Team, 9530 South Park Avenue, Dothan, Alabama 36301.  251-747-1001.  Paul Monroe, owner & developer of multiple condominium projects in Coastal Alabama

and Mississippi, will be the senior manager of the development entity, of all aspects of the development, including Lender coordination, design, marketing, pre-sales, construction, sales, management, delivery, wrap-up and warranty.

21.     Wayne Dunn: Originally from Edmonton, Wayne A. Dunn PE, PEng enjoys dual status registered as a professional engineer in Canada & USA. Since making Jacksonville their home in 1995, E. W. Dunn has provided professional services in support of critical facilities (Space Launch Complex 41), large campuses (State Capitol & Capital Circle complexes--4.5M SF), industrial plants (DOW Corning Hazardous Waste Treatment Plant) and district energy services (JEA $50M chilled water program). E. W. Dunn returned to Canada to consult on sustainability for a $450M industrial food processing facility seeking LEED Silver. Environmental engineering team for Jacksonville Project.

21.     Thamir Massraf:  From 1980-1994 Mr. Massraf developed and implemented proven efficiency solutions with Johnson Controls, later managing multiple fast track construction projects for the Auchter Company, overseeing $100,000,000.00 construction projects for Skanska USA, Gate Petroleum and others. Mr. Massraf was the recipient of the 2008 Construction Management Association of America Award. He is also a global business development entrepreneur in mechanical automation and control integration, Speaker at the 2013 BEX Asia World Engineering Expo. He has ten years currently as chief engineer for First Service Residential.  Environmental Engineering Team for Jacksonville Project.  H (904-998-0319) C (904-446-6209).  E-Mail: Thamir.consultantsinc@gmail.com.  Thamir Masssraff was planned to be a co-manager of the development entity, and work beside Mr. Harris to oversee and coordinate with the design and construction phases of the development, and intensely involved with the supervision of all design and building processes to ensure proper environmental and operational and safety controls are in place for the owner.

22.     Professor Ian Taylor:  Professor Taylor is a full research professor in the Computer Science and Engineering Department of Notre Dame University as well as a computational scientist of the Notre Dame Computing Research Center. Ian also holds a part time Reader position at Cardiff University (UK) and is CTO for ASB consulting (USA), a service-based company that delivers software solutions for mobile apps, business driven web dashboards, data analytics and cloud computing. Ian has a degree and a Ph.D. in Computer Science. After his Ph.D, he joined the gravitational-wave group at Cardiff where he designed, procured and engineered the implementation of the data acquisition system for the GEO 600 gravitational wave detector. Ian's research over the last 25 years has covered a broad range of distributed computing areas but he now specializes in Blockchain, machine learning, MANETs, open data access, Cloud computing,

Web dashboards/APIs, big data applications, smart energy management, and distributed scientific workflow. He has successfully architected, managed and delivered more than 30 research and commercial projects, and has managed and coordinated multiple team sizes, small and large. Ian has published over 180 papers, 3 books, acted as guest editor for several special issues in journals and acts as general chair the WORKS Workflow workshop yearly at Supercomputing. He won the Naval Research Lab (NRL) best research paper (ALAN Berman) prize in 2010, 2011 and 2015, which has been part of a 20-year long collaboration with NRL, working on numerous projects in mobile communications. Ian has a h-index of 40, an i10-index of 80 and has over 8000 citations.  Environmental Engineering Team for Jacksonville Project.

23.	Robert Valette:  Mr. Valette is a consultant for Deer Park Holdings, a solar PV financing company with over 13 MW of solar installed for commercial, government, and residential clients. Robert was also one of the founding members of Solar Solution in Washington DC. For 8 years as project manager, he was responsible for all aspects of the marketing and design, regulatory and utility interconnections, and financial and incentive processes required for successful implementation of solar systems. His clients have included the African American Museum of History and Culture (first solar system on the National Mall), Yes Food Markets, and City of Washington DC (Department of Energy and the Environment).  Environmental Engineering Team for Jacksonville Project.

24.	Chris Simpkin:  Mr. Simpkin graduated with honors in Electronics in 1983 and MSc in Computer Science in 1990. He worked as a design engineer on high speed control systems including design of analogue control loops, dedicated digital computer control systems and programming in both assembler and high-level languages. Chris worked for IBM for 10 years in various areas including stress testing of IBM's flagship S/390 G5 Parallel main frames, IBM CICS and IBM Message Queuing products. In 1998 Mr Simpkin qualified as an Optometrist, gaining his third degree, and spending 10 years managing an Optometry business, before returning to computing, working on artificial intelligence, genetic computing, neural networks, control systems and robotics. Chris is currently doing a PHD at Cardiff University, UK, focusing in the use of machine learning algorithms for distributed data analytics applications, including smart energy management.  Environmental Engineering Team for Jacksonville Project.

25.	Wallace, Aundra <AWallace@coj.net, CEO, Downtown Improvement Authority, 117 W. Duval Street, Suite 310, Jacksonville, FL 32202. (904) 630-3492.  Government official providing benefits to support Jacksonville Project.

26.	Keith Thomas, Managing Partner - Income Property Lending Private Capital Investors, keith@privatecapitalinvestors.com Direct: 972.865.6206 | Fax: 972.468.0046, 2101 Cedar Springs Road., Suite 1050, Dallas, TX 7520,

6

www.privatecapitalinvestors.com. Lending broker on potential financing of Jacksonville Project.

27. Christa Rae, Client Services Supervisor, Christa.r@rex-Credit.com, 1-877-540-1174 ext. 9100, www.rex-Credit.com. Original lending source from Addys Walker's network, who worked with Jim Keefer and led to Jose Cordero's Direct Private Lender source, who stole the $639,000 insurance loan deposit money.

28. Sam Mousa, Chief of Staff, Jacksonville, FL Mayor. smousa@coj.net. Coordinated with Aundra Wallace, CEO, DIA, Jacksonville, on review, meeting with Development Team for Jacksonville Project.

29. Gail Milon. Manager Vice President, Cambridge Capital Group entities. Email: gail@ccwealthadvisors.com. Nevada office: 59 Damonte Ranch Parkway, Suite B, Reno, Nevada 89521. Tallahassee office: 1400 Village Square Boulevard, Suite 3-268, Tallahassee, Florida 32312. gail@ccwealthadvisors.com. (850) 591-4010 (c).

30. Linda Bedell, New Edge Management, 327 Office Plaza Drive, Tallahassee, FL 32301. 1315 Ostin Nene, Tallahassee, FL 32301. (850) 545-3625 (c). Witness to receipt of over $1.2M by Addys Walker, New Edge Mangement and herself, and theft of $292,000 for purchase of property at 1315 Ostin Nene, Tallahassee, FL 32301based on intentional and fraudulent misrepresentation by Mr. Walker and herself. Participated in return of 2010 MB SL 500, auto after grand theft by Mr. Walker.

31. Richard Daynard, University Distinguished Professor of Law, Northeastern University, President, Public Health Advocacy Institute. 360 Huntington Avenue, Suite 117CU, Boston, MA 02115-5004, 102 The Fenway, Room 117, Boston MA. 617.373.2026 (voice), 617.373.3672 (fax). Based on recommendation of Mr. Addys Walker, Defendant borrowed $500,000 from Richard Daynard for 90 days to keep the purchase of 500 East Bay Street property from Choate active. The $500,000 was used for earnest money and immediately paid to Choate. Defendant is in litigation with Richard Daynard, as he asserts that he now owns a $1.3M condo for the $500,000 loan.

32. Dan Christiansen Esq., Founder and President, Beacon and MedStar Funding, 7301 RR 620 N, Ste. 155-334, Austin, Texas 78726, (512) 795-5055 (o), (866) 468-5043 (f), (512) 695-6677 (c),www.medstarfunding.com. dan@medstarfunding.com. Defendant borrowed $300,000 for 90 days to assist with funding Jacksonville Project, and Dan Christiansen and Beacon are claiming ownership of a condo worth $835,000. Parties are in litigation over this loan. *Phillip Timothy Howard v. Beacon Legal Funding, LLC, et al*. Case No. (4th Cir. Fla.)

33. Jim Keefer, Direct Private Lenders INC., 100% Commercial Funding, 501-

762-0180 Office, http://www.directprivatelendersinc.com, dplinc@suddenlink.net, http://www.jameskeefer.com/.  The broker that vouched for the lender and stated did 6 loans and that Addys Walker stated he checked Jim Keefer and had an investigator go to his home, and that Jim Keefer is valid and reliable.

34.     Donald P. Dufresne, Esq., Fox Rothschild law firm. ddufresne@foxrothschild.com.  Managed due diligence with Rod Pratt and Lance Friedman and approved the wire of $640,000 to Jose Cordero.

35.     Jose Cordero, josetherealfunder@gmail.com.  Jose Antonio Private Lending, LLC, 492-C Cedar Lane, Suite 330, Teaneck, NJ 07666.  Lender that Rod Pratt spoke with twice to verify valid loan prior to wiring $639,000 for loan insurance pursuant to contract, after being verified by both Addys Walker and Jeff Kahn that the loan source and broker were both valid, when concerns were raised prior to loan. Jeff Kahn lived in New Jersey and after Tim Howard raised concerns as to validity of lender and broker, stated he went to Jose Codero's office and checked his bank and that he was valid.  Rod Pratt also independently verified validity of lender and it was his $640,000 that was funneled through BWCI for the loan.  Rod Pratt is the driving force behind the BWCI litigation, and Lance Friedman is his front man and engages in extortion as well.

36.     Rod Pratt, rod.prat@trident-mp.com, 289-259-8765 (Canada); 877-425-9229 (c).  206.556.7171 (US Cell), rod.prat@vulturepeakgold.com.  Rod Pratt invested the $640,000 through BWCI and had prior relationship with Jeff Kahn and Lance Friedman, who was working with Addys Walker on $2 million letter of credit model to raise funds from the letter of credit  (it is questionable whether this would work as the funds were not accessible?) for investments schemes presented by David Jones and Ted Doukas.

37.     Lance Friedman, lfriedman@bca-advisors.com, was agent for Rod Pratt that worked with Jeff Kahn to pursue investment funding, letter of credit scheme by Addys Walker, Jeff Kahn, David Jones, Ted Doukas, etc., and did due diligence on loan to Jose Cordero.  He is owner of Blackstone Capital Advisors, Inc., 2775 NW 49th Avenue, Suite 205-353, Ocala, Florida 34482.  He was paid to assist Howard & Associates on funding.

38.     Harry Winderman, Esq., attorney with Weis, Handler, paid by Howard & Associates, P.A.., and working to complete due diligence with Lance Friedman and Rod Pratt and confirmed a loan from BWCI. hw@whcfla.com.  2255 Glades Rd #218a, Boca Raton, FL 33431.   (561) 997-9995.

39.     Henry Handler, Esq., partner with Weis, Handler, paid by Howard & Associates, P.A., and working to complete due diligence with Lance Friedman and Rod Pratt and confirmed a loan from BWCI.  hbh@whcfla.com.  2255 Glades Rd #218a, Boca Raton, FL 33431.   (561) 997-9995.

40.     Gordon McKee, Director, for BWCI Pension Trustees Limited, PO Box 68, Albert House, South Esplanade, St. Peter Port, Gurnsey, GY13BY, 44-1481-728432, www.bwcigroup.com.  GMcKee@bwcigroup.com.  Did due diligence on Jose Cordero and agreed that a loan and is seeking $2 million return for 2 week loan for $639,000 that was stolen by Jose Cordero after due diligence by Rod Pratt (Goldman Sacs investor), Jeff Kahn (Insurance License and Wall Street investment offices), Lance Friedman (Juris Doctorate works for Rod Pratt), and Addys Walker (private investigator and claimed investment experience)

41.     Bill Parezik, partner with Beacon Lenders, LLC, and Dan Christiansen, and placed a portion of the funds for the Jacksonville condo loan of $300,000 and is claiming ownership of $835,000 condo for the short-term loan.

42.     Corey Fuller, former client of Howard & Associates, and has filed a Bar Complaint that solely attaches the civil action of *Fuller, et al., v. Cambridge, et al.*, Case No. 2018-CA-001464 (Fla. 2nd Cir), and is found in Bar Complaints by Corey Fuller and William Floyd TFB Nos.  2020-00,341 and 00,317 and Responses to these Bar Complaints.

43.     William Floyd, former client of Howard & Associates, and has filed a Bar Complaint that solely attaches the civil action of *Fuller, et al., v. Cambridge, et al.*, Case No. 2018-CA-001461 (Fla. 2nd Cir), and is found in Bar Complaints by Corey Fuller and William Floyd TFB Nos.  2020-00,341 and 00,317 and Responses to these Bar Complaints.

44.     Joe Horne, client of Howard & Associates, and is a witness to SEC Complaint and has criminal charges pending for NFL insurance scam that he engaged in and was an informant.

45.     David Ashmore, client of Howard & Associates, and is an investor into Cambridge and has received an NFL Concussion claims award and has repaid his loan to Cambridge.

46.     JB Harris, Jonathan Beryl Harris; The Law Offices of J.B. Harris, P.A.; and J.B. Harris, P.A.,  Jbharrisesq@gmail.com.  Source of 3 Bar Complaints drafted and ghost written by him, and at least one of which has been shown to be fraudulent and drafted by JB Harris, as found in the transcripts of the client's testimony dated February 12, 2020, and provided as part of the document request in this action.  *Howard, et al., v. Jonathan Beryl Harris, et al.,* Case No. 2019-22971 (District Court Harris County, Texas, 127th Judicial District).  Attorney worked for Howard & Associates, being paid over $620,000 for 27 months, and violated agreements, in slandering Defendant, going to the press, taking clients, and forging perjurious bar complaints.

47.     Aaron L. Harris, PE, Principal, The Harris Solution, LLC.  (228) 236-7722. aaron@theharrissolution.com.  Engineer on Jacksonville Project. Corporate Office Location: 495 Grand Boulevard, Suite 206, Miramar Beach, Florida 32550, Office

Telephone: (850) 269-6800.  PE, consulting engineer & licensed contractor, was to be a co-manager of the development entity, and would primarily oversee and coordinate the design and construction phases of the development of the Jacksonville Project.
48.     Jon McGinn, Ba Arch Sci, M Arch, OAA, NCARB. Architect, Vice President, Chamberlain Architectural Services, Unit 1, 4671 Palladium Way**.** Burlington**.** Ontario**.** L7M 0W9**.** CanadaOF- 905**.**631**.**7777 ext. 273 (o), 905**.**617**.**1515 (c), jmcginn@chamberlainIPD.com www.chamberlainipd.com.  Design of building for Jacksonville Project.


(B)     a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

1.      All communications between Plaintiff and Defendant (available, but not necessarily in possession of Defendant) in *Howard v. GDB,* Case No. 4:19-cv-19-AW-CAS (N.D. Fla. 2019)(loss of $1.7M for $300,000 90 day note), including emails and communications between the parties listed in response to (A) above, including to the title and closing agent.
2.      All communications between Defendant, Plaintiff and any Cambridge entity, lender and party that Defendant gave money to, are found in previous documents provided to Plaintiff, and/or are being provided through dropbox, and are found in google drive of Defendant's email server, along with attachments.
3.      All documents provided and attached to court docket (available, but not necessarily in possession of Defendant) and Defendant's Motion to Dismiss *In Re: Preferred Capital Funding of Nevada, LLC, v. Phillip Timothy Howard, et al*., Case No.: 1:19-cv-06245 (N.D. Ill.).
4.      All documents provided and attached to the court docket (available, but not necessarily in possession of Defendant) in *BWCI, et al., v. Howard, Cambridge, et al., Case No. 50218CA004464XXXMB*)(Howard received nothing, cosigned along with 8 other entities, and lender stole $639,000, and Plaintiff claims that an equity investment without any equity or risk in any enterprise, but wants $2M return for 2 week loan, that BWCI, Rod Pratt, Lance Friedman, Jeff Kahn and Addys Walker, did the due diligence and has a default entered against the lender, with Defense costs at over $1.2 million and counting).
5.      All documents provided and attached to the court docket (available, but not necessarily in possession of Defendant) in *Howard v. Artemis*, Case No. 1920-18CA-000202CA-AX-MX; 1D19-2741) (Loss of $1.7M for $150,000 net loan on

10-month note);

6. All documents provided and attached to the court docket (available, but not necessarily in possession of Defendant) in *Beacon v. Howard*, Case. No. (Fla. 4th Cir.) (Loss of $830,000 for $300,000 90-day note).

7. All documents provided and attached to the court docket (available, but not necessarily in possession of Defendant) in *Harris v. RJR*, Case No. 2014-CA-000337, 1D19-2123) (4 years of time and core evidence for successful verdict, trial court denied costs and fees).

8. All documents provided and attached to the court docket in (available, but not necessarily in possession of Defendant) *Howard v. GDB,* Case No. 4:19-cv-19-AW-CAS (N.D. Fla. 2019) (loss of $1.7M for $300,000 90-day note).

9. All documents provided and attached to the court docket in (available, but not necessarily in possession of Defendant) *Howard v. Daynard,* Docket No. 1881-cv-01044 (MA. Superior Court, Middlesex County) (loss of $1.3M for $500,000 90-day note, which $500,000 was paid to Choate for the Jacksonville Project).

10. All documents provided and attached to the court docket (available, but not necessarily in possession of Defendant) in *Beacon v. Howard*, Case. No. (Loss of $830,000 for $300,000 90-day note).

11. All documents provided and attached to the Bar Complaints by Corey Fuller and William Floyd TFB Nos. 2020-00,341 and 00,317 and Responses to these Bar Complaints.

12. All documents found in the docket and case (available, but not necessarily in possession if Defendant) of *SEC v. Cambridge Capital, et al*., (U.S.D.C., N.D. Fla.).

13. All documents provided and attached to the court docket (available, but not necessarily in the possession of Defendant) in *Howard, et al., v. Jonathan Beryl Harris, et al.,* Case No. 2019-22971 (District Court Harris County, Texas, 127th Judicial District).

14. All documents provided and attached to the court docket (available, but not necessarily in the possession of Defendant) in *Cambridge Capital Group, LLC, etc. et al v. 500 East Bay, LLC, etc. et al*; Case No. 2018-CA-5103 (Fla. 4th Cir.).

15. All documents provided and in possession of Cambridge Capital Group and related entities.

16. All documents provided and in possession of Bill Bogan audit services.

17. All documents provided and in possession of accountant for Cambridge Capital Group entities.

(C) a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which

11

such computation is based, including materials bearing on the nature and extent of injuries suffered:

1.     The loan documents signed by Plaintiff and the third-party, of which Defendant is not a party, sets out the amount borrowed—approximately $520,000. Legal interest rates would apply.  The third-party responsible for the loans is paying Plaintiff and is taking responsibility for these loans.
2.     The amount of legal time and costs expended by Defendant in defending against a claim that is a contract action that Plaintiff is a party to and Defendant is not a party nor a signatory to.

(D)    for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment:

1.     There is no known insurance availability for these damage claims.

Disclosure of Expert Testimony.

Expert testimony is contemplated by Defendant:

(1) demonstrating that a tort action cannot be brought under a contract but have not been retained as of this time;
(2) that a Ponzi scheme does not exist when there are assets purchased and investors that are placing their investments into a fund with assets, such as technology start-up valued at approximately $10M or more, advances valued at approximately $9 million or more, and real estate, are purchased and producing profits for investors, and paying back lenders and investors, from these purchases from the investments;
(3) net investment of over $1.35 million and expenditure and obligations taken on of over $2 million on behalf of investors and investments are the actions of someone taking responsibility to restore the damage done by consultants that misled Defendant through confidence games; and
(4) that this action is not properly brought due to the action is to be a contract action against the parties to the contract that received the funds, not a non-party and non-signatory to the contract.

12

                          Respectfully submitted,

                          /s/ Tim Howard
                          TIMOTHY HOWARD, J.D., PH.D.
                          Fla. Bar No.: 0655325
                          Howard & Associates, P.A.
                          1415 East Piedmont Dr. Suite 5
                          Tallahassee, Florida 32308
                          Telephone:     (850) 298-4455
                          Facsimile:     (850) 216-2537
                          Tim@HowardJustice.com

## **CERTIFICATE OF SERVICE**

      Undersigned counsel hereby certifies that he has served via e-service on counsel of record set forth on the Service List below a true and correct copy of the foregoing this 24th day of February 2020.

                          /s/ Tim Howard
                          Timothy Howard, Esq.